1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                            CENTRAL DISTRICT OF CALIFORNIA
10
11   TERENCE L. YOUNG, on behalf of      ) CASE NO. CV-09-05858 RSWL (VBKx)
     Writers' Guild-Industry Health      )
12   Fund and Producer-Writers Guild     ) **HONORABLE RONALD S. W. LEW**
     of America Pension Plan,            )
13                                       ) JUDGMENT
                                         )
14         Plaintiff,                    ) Hearing
                                         ) Date: April 26, 2012
15      vs.                              ) Time: 2:00 p.m.
                                         ) Ctrm: 21 – 5th Floor
16   CRYSTAL SKY PICTURES, LLC, a        )       312 N. Spring Street
     California limited liability        )       Los Angeles, CA 90012
17   company; and STEVEN PAUL, an        )
     individual,                         )
18                                       )
                                         )
19         Defendants.                   )
                                         )
20   _____ )
21

22        The motion of Plaintiff, on behalf of the Writers' Guild-

23   Industry Health Fund and Producer-Writers Guild of America Pension

24   Plan (collectively, "TRUST FUNDS"), for Entry of Judgment against

25   Defendants CRYSTAL SKY PICTURES, LLC, a California limited liability

26   company ("CRYSTAL SKY"), and STEVEN PAUL, an individual ("PAUL"),

27   RENZIE"), came before this court on April 18, 2012.  Upon

28   consideration of the evidence and argument presented, the Court

                                       - 1 -

hereby GRANTS Plaintiff's motion.

THE COURT FINDS that Defendants CRYSTAL SKY and PAUL have defaulted in the terms of the Settlement Agreement ("AGREEMENT") and Stipulation to Dismiss with Prejudice Contingent Upon Court Retaining Jurisdiction as Authorized by Settlement Agreement ("STIPULATION"), docket no. 38, by failing to submit monthly installment payments for the months of September 2011 through March 2012.  Because of Defendants' default and breach, the remaining sums outlined in the AGREEMENT and STIPULATION have become immediately due and payable.

THE COURT FURTHER FINDS that the STIPULATION, AGREEMENT and the Court's Order, docket no. 39, provide that the Court retains jurisdiction to enforce the AGREEMENT and STIPULATION upon a breach of the AGREEMENT and STIPULATION by the Defendants.

IT IS THEREFORE ORDERED THAT JUDGMENT be entered in favor of Plaintiff and against Defendants CRYSTAL SKY and PAUL, jointly and severally, in the amount of $198,872.37.

**IT IS SO ORDERED.**

DATED: April 30, 2012          ___RONALD S.W. LEW___
                                Hon. Ronald S. W. Lew
                                U.S. DISTRICT COURT JUDGE